UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORUHAMAH EVE COLLINS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 13-50-JJB-SCR

**RULING AND ORDER**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 24, 2015 (doc. no. 15) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, denying the applications for disability insurance and supplemental security income benefits ("SSI") by plaintiff Loruhamah Eve Collins is REVERSED, and this case is remanded to the Commissioner for reevaluation of the plaintiff's claim for benefits under the proper legal standards.

Baton Rouge, Louisiana, this 15th day of March, 2015.

                                                                                            _____
                                                                                            JAMES J. BRADY, JUDGE
                                                                                            MIDDLE DISTRICT OF LOUISIANA